HANSON BRIDGETT LLP
SAMIR J. ABDELNOUR, SBN 271636
sabdelnour@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for TETRA TECH EC, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* DONALD K. WADSWORTH, *et al.*,<br><br>      Plaintiff and Qui Tam Relators,<br><br>   v.<br><br>TETRA TECH EC, INC., *et al.*,<br><br>      Defendants. | Case No.: 3:16-CV-01107-JD<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL SAMIR J. ABDELNOUR FOR DEFENDANT TETRA TECH EC, INC.** |

18223523.1

Case No. 3:16-CV-01107-JD
NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL
SAMIR J. ABDELNOUR FOR DEFENDANT TETRA TECH EC, INC.

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant TETRA TECH EC, INC. ("TtEC") requests that Samir J. Abdelnour, currently listed as an attorney of record for TtEC, be withdrawn as counsel and as an attorney of record in this case. TtEC will be represented by counsel listed below, who have entered appearances on behalf of TtEC in these related matters.

> Davina Pujari, Esq.
> Christopher A. Rheinheimer, Esq.
> WILMER CUTLER PICKERING HALE AND DORR LLP
> One Front Street, Suite 3500
> San Francisco, California 94111
> Telephone: (628) 235-1002
> Facsimile: (628) 235-1001
> Emails: Davina.Pujari@wilmerhale.com
> Chris.Rheinheimer@wilmerhale.com

Defendant Tetra Tech EC, Inc. respectfully requests that Samir J. Abdelnour be removed from the Court's electronic mail list for this case.

DATED: January 21, 2022                     HANSON BRIDGETT LLP

By:     /s/ *Samir J. Abdelnour*
         SAMIR J. ABDELNOUR
         Attorneys for TETRA TECH EC, INC.

2                                       Case No. 3:16-CV-01107-JD
NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL
SAMIR J. ABDELNOUR FOR DEFENDANT TETRA TECH EC, INC.

18223523.1