**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAHR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH EC, INC., *et al.*,<br><br>Defendants. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3)<br><br>Case No. 3:13-cv-03835-JD; 3:16-cv-1106-JD; 3:16-cv-1107-JD |
| UNITED STATES OF AMERICA, *ex rel.* MCLAUGHLIN,<br><br>Plaintiffs,<br><br>v.<br><br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., *et al.*,<br><br>Defendants. | Case No. 3:14-cv-01509-JD |
| LINDA PARKER PENNINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH EC, INC., *et al.*,<br><br>Defendants. | Case No. 3:18-cv-05330-JD |
| BAYVIEW HUNTERS POINT RESIDENTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH EC, INC., *et al.*,<br><br>Defendants. | Case No. 3:19-cv-01417-JD |

1

| | |
|---|---|
| KEVIN ABBEY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>TETRA TECH EC, INC., *et al.*,<br><br>        Defendants. | Case No. 3:19-cv-7510-JD |
| CPHP DEVELOPMENT, LP, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>TETRA TECH EC, INC., *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-1485-JD |
| FIVE POINT HOLDINGS, LLP, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>TETRA TECH EC, INC., *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-1481-JD |
| TETRA TECH EC, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CH2M HILL, INC., *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-04704-JD |

I, Andrew Rhys Davies, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants Tetra Tech EC, Inc. and Tetra Tech, Inc. in the above-entitled actions. My local co-counsel in this case is Chris Rheinheimer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 253890. My contact information and that of my co-counsel is below.

| | |
|---|---|
| WilmerHale, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007 | WilmerHale, One Front Street, Suite 3500 San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 295-6475 | 628-235-1131 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| andrew.davies@wilmerhale.com | chris.rheinheimer@wilmerhale.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4060083.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2024                     Andrew Rhy Davies
                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew Rhys Davies is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac vice.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  5/24/2024

_____
UNITED STATES DISTRICT COURT JUDGE